# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOY C. HUDSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-635-Orl-28DAB**

**U. S. DEPARTMENT OF TREASURY**
**FINANCIAL MANAGEMENT SERVICE,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 12) filed August 31, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the District Court certify that the appeal in this case is not taken in good faith.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. 14), Plaintiff's objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 2, 2010 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Permission to Appeal *in forma pauperis* is **DENIED**.

    3.    The Court certifies that the appeal taken in this case is not taken in good faith.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __13th__ day of October, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge