# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOY C. HUDSON,**

          **Plaintiff,**

**-vs-**                                            **Case No. 6:10-cv-635-Orl-28DAB**

**U. S. DEPARTMENT OF TREASURY**
**FINANCIAL MANAGEMENT SERVICE,**

          **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 19)**
>
> **FILED:**      **April 14, 2011**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    Plaintiff Loy Hudson moves in this Court to proceed *in forma pauperis* on appeal, having been denied in the Court of Appeals. It is respectfully **RECOMMENDED** that his Motion for Leave to Appeal In Forma Pauperis be **DENIED**.

    Plaintiff filed an appeal of the district court's dismissal of his *pro se* complaint which sought a refund of federal income taxes. *See* Doc. 4. On January 18, 2011, the Court of Appeals denied Hudson's motion to proceed i*n forma pauperis* because the appeal was determined to be frivolous. Doc. 16. On February 16, 2011, when Plaintiff had not paid the filing fee, the Court of Appeals

dismissed Plaintiff's appeal for want of prosecution because he had failed to pay the filing and docketing fees withing the time fixed by the rules. Doc. 17. Plaintiff filed a motion with the Court of Appeals to reconsider that dismissal. Doc. 18. The Eleventh Circuit did reconsider the dismissal, but denied the motion to reconsider its ruling on the motion to proceed *in forma pauperis* because Plaintiff failed to offer any new evidence or arguments to merit or warrant relief. Doc. 18.

Plaintiff cannot circumvent the Court of Appeals dismissal or denial of his motion by reapplying to proceed on the appeal in this Court. The Eleventh Circuit has jurisdiction over Plaintiff's appeal at this point, thus, this Court is without jurisdiction to order such relief while Plaintiff's case is still on appeal and jurisdiction resides with the Eleventh Circuit. *See* Doc. 18 at 2 ("court's order reinstat[es] this appeal").

Moreover, this Court has previously recommended that Plaintiff's motion to appeal *in forma pauperis* be denied because the Court lacked subject matter over Plaintiff's putative tax refund/offset claims against the Treasury who had recovered a federal student loan offset against Plaintiff's $1,026 income tax refund. Doc. 13. The presiding district judge adopted the recommendation over Plaintiff's objections and ordered the motion denied, certifying that the appeal in the case was not taken in good faith. Doc. 15.

It is respectfully **RECOMMENDED** that his Motion for Leave to Appeal In Forma Pauperis be **DENIED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 18, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy