**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LOY C. HUDSON,**

        **Plaintiff,**

**-vs-**                                         **Case No.  6:10-cv-635-Orl-28DAB**

**U. S. DEPARTMENT OF TREASURY**
**FINANCIAL MANAGEMENT SERVICE,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. No. 19) filed April 14, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 18, 2011 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. No. 19) is **DENIED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida this __11th__ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge